UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 7:01-CR00035-01F

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| PHILLIP HENRY BARFIELD | ) | |

This cause came on for judgment upon six counts of a Bill of Indictment to which the defendant pled guilty on January 23, 2002. On June 21, 2002, the undersigned United States District Judge, upon Counts One, Two, and Three, Four, Seven and Eight, ordered the defendant to the custody of the Bureau of Prisons for Life plus 60 months, and ordered a fine of $9,000.00 plus a special assessment in the amount of $500.00. It was further adjudged that upon release from confinement, the defendant be placed on supervised release for a term of 5 years under the general conditions as recorded in the clerk's office and as special conditions that he pay the fine and special assessment.

It now appears that Phillip Henry Barfield died on or about July 10, 2012, at which time he owed a balance of $8,480.00 for the fine and $15.00 for special assessment.

THEREFORE, the court does find and conclude that said fine, special assessment, and judgment did abate with the death of said fined debtor whose estate cannot be charged therewith. The order of restitution stands and may be pursued through the defendant's estate.

This the 26 day of July, 2012.

James C. Fox
Senior United States District Judge